Objection Deadline: February 25, 2014 at 4:00 p.m. (Prevailing Eastern Time)
Presentment Date: February 26, 2014 at 2:00 p.m. (Prevailing Eastern Time)
Hearing Date:  None (Unless objections are filed)

JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
Jayant W. Tambe
Benjamin Rosenblum
Nidhi Nina Yadava
*Attorneys for the Plaintiffs*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York  10006
Telephone:  (212) 225–2000
Facsimile:  (202) 225–3999
Thomas J. Moloney
Roger A. Cooper
*Attorneys for the Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. and LEHMAN BROTHERS SPECIAL FINANCING  INC. | Adv. Proc. No. 12-01979 |
| Plaintiffs, | |
| -against- | |
| CREDIT PROTECTION TRUST 283, FSA ADMINISTRATIVE SERVICES, LLC, as Trustee for the CREDIT PROTECTION TRUST 283 and FINANCIAL SECURITY ASSURANCE INC. n/k/a ASSURED GUARANTY MUNICIPAL CORPORATION | |
| Defendants. | |

---------------------------------------------------------------x

# NOTICE OF PRESENTMENT OF STIPULATED JOINT PRETRIAL SCHEDULING ORDER

**PLEASE TAKE NOTICE** that the undersigned will present the annexed proposed Stipulated Joint Pretrial Scheduling Order (the "Stipulated Scheduling Order") to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, for signature on **February 26, 2014 at 2:00 p.m. (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Stipulated Joint Pretrial Scheduling Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to (i) the Bankruptcy Judge's chambers and (ii) the undersigned, so as to be received by **February 25, 2014 at 4:00 p.m. (Prevailing Eastern Time)**, the Stipulated Joint Pretrial Scheduling Order may be signed.

Dated:  February 19, 2014
New York, New York

Respectfully submitted,

/s/ *Jayant W. Tambe*
Jayant W. Tambe
Benjamin Rosenblum
Nidhi Nina Yadava
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

*Attorneys for the Plaintiffs*

/s/ *Thomas J. Moloney*
Thomas J. Moloney
Roger A. Cooper
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000

*Attorneys for the Defendants*

3